David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRIANNE CALANDRA, | ) Case No. 2:14-cv-00257-JAD-CWH |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **DISMISSING ACTION WITH** |
| ALLIED COLLECTION SERVICES, INC., | ) **PREJUDICE** |
| Defendant. | ) |

**STIPULATION**

Plaintiff BRIANNE CALANDRA and ALLIED COLLECTION SERVICES, INC. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: June 3, 2014

| By: | /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 130<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By: | /s/ Allicia B. Tomolo, Esq.<br>Allicia B. Tomolo, Esq.<br>3080 South Durango Dr.<br>Suite 207<br>Las Vegas, NV 89117<br>*Attorney for Defendant* |
|---|---|---|---|

## ORDER

Based on the parties' stipulation,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs.

Dated: June 5, 2014.

_____
UNITED STATES DISTRICT JUDGE